UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2012 AUG 22 AM 10: 07
CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| Teri Lynn Hinkle<br>    Plaintiff | |
| vs | CIVIL ACTION<br>FILE NO. 3:12- cv-00052-DHB-WLB |
| ARS NATIONAL<br>SERVICES, INC.<br>    Defendant | |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS

COMES NOW, Plaintiff, Teri Lynn Hinkle, (hereinafter referred to as "Plaintiff") and respectfully submits this Response to Defendant's Brief In Support Of Its Motion To Dismiss.

Plaintiff has not admitted to any missing critical information in her original complaint. Defendant is making the attempt to twist terms and vernacular to an alternate definition to that used when stating *"....what appeared to be the actions of the Defendants [sic] in their efforts to collect an alleged debt from Plaintiff and in doing so acquiring the TransUnion Credit report of Plaintiff in May of 2010"* [Doc. 8, pg.2], is an admission of any kind. The term *"appeared to be"*, can in no way be construed to mean *"was in fact"*, or *"what was"*. In addition, the word *"alleged"* is clearly used to describe the Defendant's claim that there was in fact any legitimate debt to be collected

upon. Defendant has produced no fact evidence before the court or to Plaintiff to the contrary.

In addition, the statement by Salvo Law Firm.. ***"intends to use the information in connection with a credit transaction involving the consumer*** *on whom the information is to be furnished and involving the extension of an account of, the consumer."* [Doc. 8, pg 2-3][emphasis in original], does not provide fact but rather an attempt at justification not backed by any proof or fact evidence to the claim. A claim to a ***"connection with a credit transaction involving the consumer"***, is not proof that said alleged credit transaction actually exists. Plaintiff has requested validation and evidence of any legitimate alleged ***"credit transaction",*** which would afford Defendant a permissible purpose on several occasions before and after litigation. Defendant has thus far failed to provide it.

Plaintiff is not in receipt of nor is there anything in the record made, evidencing that there was in fact any legitimate alleged transaction which is Defendant's cornerstone argument in its argument for dismissal.

## CONCLUSION

Defendant has in no manner and at no time shown with any evidence on the record that there is any unpaid account of the Plaintiff to be collected on. Therefore there is no basis whatsoever in fact for Defendant's defense in stating there was such an alleged account where Defendant could have had permissible purpose to obtain

Plaintiff's credit report. Case law cited by Defendant is relevant only where a legitimate alleged credit transaction is proven to exist when the consumer challenges the assertion that it does. Plaintiff so challenges.

Respectfully submitted this 20th day of August, 2012

_____

Teri Lynn Hinkle
Plaintiff

322 Bethel St.
Eastman, Georgia
31023
478-374-4132

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| **Teri Lynn Hinkle**<br>**Plaintiff**<br><br>vs<br><br>**ARS NATIONAL**<br>**SERVICES, INC.**<br>**Defendant** | )<br>)<br>)<br>)  CIVIL ACTION<br>)  FILE NO. 3:12- cv-00052-DHB-WLB<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

This is to certify that I have mailed copies of the above document by first class mail USPS to all parties listed below.

Dated: August 20, 2011

/s/

Teri Lynn Hinkle
322 Bethel Street
Eastman, Georgia 31023
478-374-4132
queensongbird@gmail.com

BEDARD LAW GROUP, P.C.
Jonathan K. Aust
2810 Peachtree Industrial Blvd. Ste.D
Duluth, Georgia 30097

322 Bethel St.
Eastman, GA
31023

U.S. POSTAGE PAID
EASTMAN, GA
31023
AUG 20, '12
AMOUNT
$1.10
00098060-04

Clerk of Court
P.O. Box 1130
Augusta, GA
30903