FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2012 AUG 27  AM 9:50
CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

Teri Lynn Hinkle )
    Plaintiff )
)
)  Civil Action File No:
vs )  3:11-cv-00052-DHB-WLB
)
ARS NATIONAL SERVICES, INC. )
    Defendant )
)

## PLAINTIFF'S MOTION REQUESTING THE COURT TO RULE THAT DEFENDANT HAS BEEN PROPERLY SERVED AND DENY DEFENDANT'S MOTION FOR DISMISSAL FOR LACK OF PROPER SERVICE

TO THE HONORABLE JUDGE OF THIS COURT:

The Plaintiff, Teri Lynn Hinkle asks the court to deny Defendant's motion to dismiss on the basis of lack of service and states as follows:

### STATEMENT OF FACTS

1. As stated in Plaintiff's previous Memorandum In Opposition To Defendant's Motion to Dismiss, ¶ 7, after Defendant based their Motion to Dismiss partly on improper service and not having received a Notice of Waiver, Plaintiff corrected the error. Plaintiff sent Notice of Waiver and Waiver of Service and all further required materials to the registered agent for Defendant in California. The packet was sent by an independent process server via Certified mail return receipt requested and was received at precisely 10:27 am on July 23, 2012.

2. Plaintiff had initially perfected service by having the Original Clerk Stamped Summons and copy of Complaint sent by an independent process server via USPS Certified mail

Page | 1

return receipt requested to Defendant at their corporate address in Escondido, California. The Summons and Complaint were delivered and accepted at 8:34am on June 22, 2012.

3. Counsel for Defendant, Jonathan K. Aust of Bedard Law Group, P.C. has informed Plaintiff that the Waiver of Service has been denied by Defendant and therefore service has still not been perfected. Defendant's Counsel further states that even though both a proper Summons and a Waiver of Service were indeed served, since the mode of service was Certified mail, return receipt requested, they expect the case to be dismissed on improper service.

4. Despite the fact that Defendant is relying on dismissal to be granted on the grounds of improper service, Defendant has taken part in and completed the required 26F Conference with Plaintiff which would only take place if in fact Defendant had been served and intended to move forward with the case.

5. Plaintiff is at a loss as to what the proper procedure to remedy the situation is. On the one hand Defendant complains they were not given the opportunity of Waiver of Service. Plaintiff corrected that problem in a timely manner but Defendant then refused it. On the other hand Defendant now claims that service was not perfected even by Summons because it was done via Certified USPS mail with return receipt requested by an independent process server. It is apparent that Defendant is attempting to avoid service through semantics as opposed to requirements of the law but at the same time participate in the process of moving forward with the case.

WHEREFORE, Plaintiff requests the Court to rule that Defendant has in fact been properly served and to deny Defendant's Motion for Dismissal based on improper

service. Should the Court deny Plaintiff's Motion, Plaintiff requests the Court to provide specific guidance on how Plaintiff should remedy the issue of deficient service.

Dated: July 24, 2012

Respectfully Submitted,

*Teri Lynn Hinkle*
Teri Lynn Hinkle
322 Bethel Street
Eastman, Georgia 31023
478-374-4132

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| Teri Lynn Hinkle<br>　　Plaintiff<br><br>vs<br><br>ARS NATIONAL<br>SERVICES, INC.<br>　　Defendant | )<br>)<br>)<br>)  CIVIL ACTION<br>)  FILE NO. 3:12- cv-00052-DHB-WLB<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

This is to certify that I have mailed copies of the above document by first class mail USPS to all parties listed below.

Dated: August 24, 2011

_/s/ Teri Lynn Hinkle_
Teri Lynn Hinkle
322 Bethel Street
Eastman, Georgia 31023
478-374-4132
queensongbird@gmail.com

ARS NATIONAL SERVICES, INC.
C/O BEDARD LAW GROUP, P.C.
Jonathan K. Aust
2810 Peachtree Industrial Blvd. Ste.D
Duluth, Georgia 30097



Hinkle
333 Bethel St.
Eastman, Georgia
31023

Clerk of Court
P.O. Box 1130
Augusta, Georgia
30903