FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2012 SEP 13 PM 3:09
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| TERI LYNN HINKLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 312-052 |
| | ) | |
| ARS NATIONAL SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16(b) and the Local Rules of this Court, and having reviewed the Rule 26(f) Report, the following dates represent the scheduling deadlines in the above-styled case. The Court recognizes that there is a pending motion to dismiss in this case. Accordingly, the standard deadlines have been extended by **THIRTY** (30) days in an effort to account for any resultant delay occasioned by that motion.[1,2]

---

[1] Should an additional extension become necessary, the parties are of course free to file a motion at the appropriate time.

[2] Defendant requests that its obligation to make initial disclosures under Rule 26(a)(1)(A) be stayed pending a decision by the presiding District Judge concerning its pending motion to dismiss. (Doc. no. 13, ¶¶ 4-5.) Defendant does not assert that Plaintiff consents to this request, and Plaintiff's consent is not apparent from the Rule 26(f) Report.
The Court is aware that it is proper for a party to object to the time for making initial disclosures in the Rule 26(f) Report, and that the Court should then rule on the objection. See Fed. R. Civ. P. 26(a)(1)(C). Upon consideration, the Court declines, at this time, to stay Defendant's obligation to make initial disclosures as requested in the Rule 26(f) Report, as Plaintiff does not consent to the requested stay and the parties have not otherwise requested or explained the need to stay the discovery period set forth herein. If Defendant wants the Court to stay its discovery obligations, it may file an appropriate motion, supported by briefing, to which Plaintiff will be given a chance to respond.

| | |
|---|---|
| DATE ISSUE JOINED | July 13, 2012[3] |
| DATE OF RULE 26(f) CONFERENCE | August 21, 2012 |
| LAST DAY FOR FILING MOTIONS TO AMEND OR ADD PARTIES | October 11, 2012 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT BY PLAINTIFF | November 19, 2012 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT BY A DEFENDANT | December 19, 2012 |
| CLOSE OF DISCOVERY | December 30, 2012 |
| LAST DAY FOR FILING CIVIL MOTIONS INCLUDING *DAUBERT* MOTIONS, but EXCLUDING MOTIONS IN LIMINE | January 29, 2013 |

The Court is aware that the parties request the entry of the proposed consent protective order attached to the Rule 26(f) Report pertaining to the public disclosure of certain confidential and proprietary information. (Doc. no. 13, ¶ 10.) This proposed order has been separately considered and has been filed as a separate, stand alone entry.

Defendant shall submit its portion of the pre-trial order to Plaintiff five (5) days before the pre-trial order deadline, in default of which sanctions may be imposed.

Motions in limine shall be filed no later than FIVE (5) DAYS PRIOR TO THE PRE-TRIAL CONFERENCE.

All motions, other than summary judgment and motions to dismiss, shall be accompanied with a proposed order.

**ANY WITNESS KNOWN PRIOR TO THE CLOSE OF DISCOVERY AND NOT DISCLOSED WILL NOT BE ALLOWED.**

Curriculum vitae on all expert witnesses shall be filed separately with the pre-trial order. This rule will be strictly adhered to and the Court will not allow the expert witness to testify if this has not been complied with.

SO ORDERED this 13th day of September, 2012, at Augusta, Georgia.

W. LEON BARFIELD
UNITED STATES MAGISTRATE JUDGE

---

[3] No answer has yet been filed in this case. Accordingly, the Court will use the date that Defendant's motion to dismiss was filed as the starting point for calculating the deadlines set pursuant to the date the issue joined.