%AO 440 (Rev. 8/01) Summons in a Civil Action

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2012 OCT 31  AM 8: 41
CLERK_____
SO. DIST. OF GA.

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | October 26, 2012 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| John Bartow Reynolds | Notary - Lamar County Georgia |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Corporate Service Co. 40 Technology Pkwy South Suite 300 Norcross, Georgia 30092

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): On Friday October 26, 2012 I served the registered agent for ARS National Services Inc. At the Corporate Service Company 40 Technology Pkwy South Suite 300 Norcross Georgia 30092 for Teri Lynn Hinkle in Case # CV312-052. The lady accepting service was identified as Alisha Smith

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $000.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10, 26, 2012 / 4:55pm     John Bartow Reynolds
              Date                      Signature of Server

1050 County Line Road, Griffin, GA. 30224
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

GAS Rev 1/31/02

## AFFIDAVIT OR SERVICE

I, John Bartow Reynolds, effected service on ARS National Services, Inc. thru their Registered Agent, at:

Corporation Service Co.
40 Technology Parkway South
Suite 300
Norcross, Georgia 30092.

On Friday, October 26, 2012 at 4:45 PM I arrived at the above location to effect service for Teri Lynn Hinkle for the case in United States District Court, Southern District of Georgia, Case Number CV312-052. I went to the receptionist and explained the purpose of my visit and she called a lady to the front who identified herself as Alisha Smith. She was a well dressed, black lady, and very polite. She asked if I would underline the party on the Clerk of Court Summons to whom they were accepting service. I did this. They accepted the summons and the complaint at 4:55 and I left the premises.

I swear that I am over 18 years of age, a Notary sworn and residing in Lamar County Georgia, and not a party to the suit.

John Bartow Reynolds

Sworn to and subscribed before me this

29 day of October, 2012.

_____ Notary

Seal

Teri Lynn Hickle
322 Bethel Street
Eastman Georgia 31023

ATLANTA GA 303
29 OCT 2012 PM 1 L

Clerk of Court
P.O. Box 1130
Augusta, GA
30903