IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| Terri Lynn Hinkle<br><br>　　　Plaintiff,<br><br>v.<br><br><br>ARS National Services, Inc.,<br><br>　　　Defendant. | CIVIL ACTION<br>FILE NO. 3:12-cv-00052-DHB-WLB |

## DEFENDANT'S SECOND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)

COMES NOW Defendant ARS National, Services, Inc., (hereinafter referred to as "Defendant") and moves this Court to dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b) for failure to state a claim for relief which could be granted.  This Motion is based upon the allegations contained in Plaintiff's Complaint, the supporting brief filed with the Motion and all other pleadings of record.

WHEREFORE, Defendant respectfully requests that the Court grant this Motion and dismiss Plaintiff's Complaint with prejudice.

Respectfully submitted this 16th day of November, 2012.

　　　　　　　　　　　　　　　　　　　　　**BEDARD LAW GROUP, P.C.**

　　　　　　　　　　　　　　　　　　　　　/s/ Jonathan K. Aust
　　　　　　　　　　　　　　　　　　　　　Jonathan K. Aust

                          Georgia Bar No. 448584
                          John H. Bedard, Jr.
                          Georgia Bar No. 043473

2810 Peachtree Industrial Blvd.
Suite D
Duluth, Georgia 30097
Telephone: (678) 253-1871, ext. 203
Facsimile: (678) 253-1873
jaust@bedardlawgroup.com
jbedard@bedardlawgroup.com

- 3 -

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# DUBLIN DIVISION

| | |
|---|---|
| Terri Lynn Hinkle<br><br>    Plaintiff,<br><br>v.<br><br><br>ARS National Services, Inc.,<br><br>    Defendant. | CIVIL ACTION<br>FILE NO. 3:12-cv-00052-DHB-WLB |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed Defendant's Second Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) with the Clerk using the CM/ECF system and by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to:

Teri Lynn Hinkle
322 Bethel Street
Eastman, Georgia 31023

Respectfully submitted this 16th day of November, 2012.

                                       **BEDARD LAW GROUP, P.C.**

                                       /s/ Jonathan K. Aust
                                       Jonathan K. Aust
                                       Georgia Bar No. 448584
                                       John H. Bedard, Jr.
                                       Georgia Bar No. 043473