IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| Terri Lynn Hinkle<br><br>    Plaintiff,<br><br>v.<br><br><br>ARS National Services, Inc.,<br><br>    Defendant. | CIVIL ACTION<br>FILE NO. 3:12-cv-00052-DHB-WLB |

### DEFENDANT'S NOTICE OF INTENT TO FILE REPLY BRIEF

NOW COMES, Defendant ARS National Services, Inc., (hereinafter referred to as "Defendant") and pursuant to Local Rule 7.6, hereby serves notice that the Defendant intends to file a reply brief to Plaintiff's Memorandum in Opposition to Defendant's Second Motion to Dismiss [Doc. 22] which was filed with this Court on Monday, November 26, 2012.

Respectfully submitted this 26th day of November, 2012.

                                                 **BEDARD LAW GROUP, P.C.**

                                                 /s/ Jonathan K. Aust
                                                 Jonathan K. Aust
                                                 Georgia Bar No. 448584
                                                 John H. Bedard, Jr.
                                                 Georgia Bar No. 043473

2810 Peachtree Industrial Blvd.
Suite D
Duluth, Georgia 30097

Telephone: (678) 253-1871, ext. 203
Facsimile: (678) 253-1873
jaust@bedardlawgroup.com
jbedard@bedardlawgroup.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| Terri Lynn Hinkle<br><br>    Plaintiff,<br><br>v.<br><br><br>ARS National Services, Inc.,<br><br>    Defendant. | CIVIL ACTION<br>FILE NO. 3:12-cv-00052-DHB-WLB |

## CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed Defendant's Notice of Intent to File Reply Brief with the Clerk using the CM/ECF system and by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to:

    Teri Lynn Hinkle
    322 Bethel Street
    Eastman, Georgia 31023

Respectfully submitted this 26th day of November, 2012.

                                     **BEDARD LAW GROUP, P.C.**

                                     /s/ Jonathan K. Aust
                                     Jonathan K. Aust
                                     Georgia Bar No. 448584
                                     John H. Bedard, Jr.
                                     Georgia Bar No. 043473