IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| Terri Lynn Hinkle<br><br>  Plaintiff,<br><br>v.<br><br>ARS National Services, Inc.,<br><br>  Defendant. | CIVIL ACTION<br>FILE NO. 3:12-cv-00052-DHB-WLB |

**DEFENDANT'S REPLY BRIEF IN SUPPORT OF ITS SECOND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**

COMES NOW Defendant ARS National Services, Inc., (hereinafter referred to as "Defendant") and respectfully submits this Reply Brief in Support of its Second Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6).

**I.    Plaintiff Did Not Dispute Defendant's Ex. A.**

Plaintiff did not dispute the letter from The Salvo Law Firm, P.C. attached to Defendant's Second Motion to Dismiss. In this context, the word "undisputed" means "the authenticity of the document is not challenged."[1] Plaintiff quotes the letter but at no point does she challenge its authenticity. The letter specifically states Defendant was retained by "Capital One to pursue [Plaintiff's] delinquent credit account" and acted as a debt collector. [Doc. 21-2]. Defendant was

---

[1] Day v. Taylor, 400 F.3d 1272, 1276 (11th Cir. 2005).

attempting to collect a debt, a Capital One credit card account; therefore, it had a permissible purpose to pull Plaintiff's credit report.  The letter is central to Plaintiff's allegation that Defendant did not have a permissible purpose to pull her credit report.   Since the letter is central to Plaintiff's claim and Plaintiff does not contest the letters authenticity, Defendant's motion to dismiss will not be converted to a motion for summary judgment.

## CONCLUSION

Plaintiff did not dispute the authenticity of Defendant's Ex. A and it is central to Plaintiff's claim.  Plaintiff's complaint fails to state a claim for relief can be granted because Defendant had a permissible purpose to pull Plaintiff's credit report.

Respectfully submitted this 10th day of December, 2012.

**BEDARD LAW GROUP, P.C.**

/s/ Jonathan K. Aust
Jonathan K. Aust
Georgia Bar No. 448584
John H. Bedard, Jr.
Georgia Bar No. 043473

2810 Peachtree Industrial Blvd.
Suite D
Duluth, Georgia 30097
Telephone: (678) 253-1871, ext. 203
Facsimile: (678) 253-1873
jaust@bedardlawgroup.com
jbedard@bedardlawgroup.com

- 3 -

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF GEORGIA
### DUBLIN DIVISION

| | |
|---|---|
| Terri Lynn Hinkle<br><br>    Plaintiff,<br><br>v.<br><br><br>ARS National Services, Inc.,<br><br>    Defendant. | CIVIL ACTION<br>FILE NO. 3:12-cv-00052-DHB-WLB |

### **CERTIFICATE OF SERVICE**

    I hereby certify that I electronically filed Defendant's Reply Brief in Support of Its Second Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) with the Clerk using the CM/ECF system and by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to:

Teri Lynn Hinkle
322 Bethel Street
Eastman, Georgia 31023

Respectfully submitted this 10th day of December, 2012.

                                  **BEDARD LAW GROUP, P.C.**

                                  /s/ Jonathan K. Aust
                                  Jonathan K. Aust
                                  Georgia Bar No. 448584
                                  John H. Bedard, Jr.
                                  Georgia Bar No. 043473