IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| Terri Lynn Hinkle<br><br>    Plaintiff,<br><br>v.<br><br><br>ARS National Services, Inc.,<br><br>    Defendant. | CIVIL ACTION<br>FILE NO. 3:12-cv-00052-DHB-WLB |

### **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW Defendant ARS National Services, Inc., ("ARS" or "Defendant") and pursuant to Fed. R. Civ. P. 56 and LR 56.1 moves for summary judgment on the claims asserted by Plaintiff in her Complaint. This Motion is based upon the pleadings in this matter, the Affidavit of Dan Montenaro, the Affidavit of Cindy D. Salvo, the Affidavit of Jonathan Aust, and the attached Memorandum of Law supporting this Motion and ARS National Services, Inc.'s Statement of Undisputed Material Facts.

WHEREFORE, ARS respectfully requests that this Court issue an Order granting its Motion and entering judgment in favor of Defendant, casting all fees and costs upon Plaintiff and awarding ARS its reasonable attorneys fees for defending this action.

Respectfully submitted this 24th day of January, 2013.

                                              **BEDARD LAW GROUP, P.C.**

                                              <u>/s/ Jonathan K. Aust</u>
Jonathan K. Aust
Georgia Bar No. 448584
John H. Bedard, Jr.
Georgia Bar No. 043473

2810 Peachtree Industrial Blvd.
Suite D
Duluth, Georgia 30097
Telephone: (678) 253-1871
Facsimile: (678) 253-1873
jaust@bedardlawgruop.com
jbedard@bedardlawgroup.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## DUBLIN DIVISION

| | |
|---|---|
| Terri Lynn Hinkle<br><br>    Plaintiff,<br><br>v.<br><br><br>ARS National Services, Inc.,<br><br>    Defendant. | CIVIL ACTION<br>FILE NO. 3:12-cv-00052-DHB-WLB |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed Defendant's Motion for Summary Judgment with the Clerk using the CM/ECF system and by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to:

Teri Lynn Hinkle
322 Bethel Street
Eastman, Georgia 31023

Respectfully submitted this 24th day of January, 2013.

                                           **BEDARD LAW GROUP, P.C.**

                                           /s/ Jonathan K. Aust
                                           Jonathan K. Aust
                                           Georgia Bar No. 448584
                                           John H. Bedard, Jr.
                                           Georgia Bar No. 043473