IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| Terri Lynn Hinkle<br><br>    Plaintiff,<br><br>v.<br><br><br>ARS National Services, Inc.,<br><br>    Defendant. | CIVIL ACTION<br>FILE NO. 3:12-cv-00052-DHB-WLB |

## DEFENDANT'S NOTICE OF INTENT TO FILE REPLY BRIEF

NOW COMES, Defendant ARS National Services, Inc., (hereinafter referred to as "Defendant") and pursuant to Local Rule 7.6, hereby serves notice that the Defendant intends to file a reply brief to Plaintiff's Memorandum and Affidavit in Opposition to Defendant's Motion for Summary Judgment [Doc. 31] which was filed with this Court on Friday, January 25, 2013.

Respectfully submitted this 28th day of January, 2013.

**BEDARD LAW GROUP, P.C.**

/s/ Jonathan K. Aust
Jonathan K. Aust
Georgia Bar No. 448584
John H. Bedard, Jr.
Georgia Bar No. 043473

2810 Peachtree Industrial Blvd.
Suite D
Duluth, Georgia 30097

- 2 -

Telephone: (678) 253-1871, ext. 203
Facsimile: (678) 253-1873
jaust@bedardlawgroup.com
jbedard@bedardlawgroup.com

- 2 -

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# DUBLIN DIVISION

| | |
|---|---|
| Terri Lynn Hinkle<br><br>    Plaintiff,<br><br>v.<br><br><br>ARS National Services, Inc.,<br><br>    Defendant. | CIVIL ACTION<br>FILE NO. 3:12-cv-00052-DHB-WLB |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed Defendant's Notice of Intent to File Reply Brief with the Clerk using the CM/ECF system and by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to:

Teri Lynn Hinkle
322 Bethel Street
Eastman, Georgia 31023

Respectfully submitted this 28th day of January, 2013.

                                                    **BEDARD LAW GROUP, P.C.**

                                                    /s/ Jonathan K. Aust
                                                    Jonathan K. Aust
                                                    Georgia Bar No. 448584
                                                    John H. Bedard, Jr.
                                                    Georgia Bar No. 043473