FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2013 FEB -6  AM 11: 59

CLERK _C. Adams_
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### DUBLIN DIVISION

Teri Lynn Hinkle )
      **Plaintiff** )
      )
      )     **Civil Action File No:**
**vs** )     **3:11-cv-00052-DHB-WLB**
      )
**ARS NATIONAL SERVICES, INC.** )
     **Defendant** )
      )

## PLAINTIFF'S MOTION TO STRIKE AFFIDAVITS AND SUPPORTING/ATTACHED DOCUMENTS OF DAN MONTENARO

TO THE HONORABLE JUDGE OF THIS COURT:

**COMES NOW**, the Plaintiff, Teri Lynn Hinkle who respectfully moves this court to strike the Affidavits and supporting and or attached documents of Dan Montenaro, pursuant to F. R.C.P., 12(f) and L.R. 7.1, and in support thereof states as follows:

### STATEMENT OF FACTS

1. This action was filed in this Court on June 15, 2012

2. On July 13, 2012 Defendant, ARS National Services, Inc. (ARS), filed a motion to dismiss (Dkt #7) which included an Affidavit sworn under oath and penalty of perjury by Dan Montenaro (*Exhibit A*). In the Affidavit Mr. Montenaro identifies himself as, "the *Vice President of Risk Management* and *General Counsel*" for Defendant, ARS,  The Affidavit was signed by Notary Public, Emily Alsbrook, who is listed at a San Marcos, Ca. address here; http://canotary.info/notaries/?comm_num=1967948

3.  On January 29, 2013, Defendant filed a motion for summary judgment (*See* Dkt #29) which included a second Affidavit sworn under oath and penalty of perjury by Dan Montenaro in which he identifies himself only as being employed by ARS as the "***Vice President of Risk Management***" and fails to add "and ***General Counsel***", signed by Notary Public, Angela Lynn Brey aka Angela L. Johnson,  listed as an ARS employee who is listed at a Temecula, Ca. address here;

    http://canotary.info/notaries/?comm_num=1974436

4.  Mr. Montenaro has claimed in both Affidavits and in a telephone conversation with the Plaintiff, approx. August of 2012, (*See* Affidavit of Plaintiff submitted with Dkt# 33) that he is both ***Vice President of Risk Management*** and ***General Counsel*** for ARS. According to the ARS National Services Company Directory of Business Contacts[1], as of the last update of the site, January 18, 2013,  Mr. Timothy Collins is listed as ***General Counsel***, and there is no such position as ***Vice President of Risk Management*** listed. Angela Brey Id. *¶3,* is listed as Senior Accounts Payable Specialist.

---

[1]http://webcache.googleusercontent.com/search?q=cache:DW4unBiCQ9MJ:www.jigsaw.com/id152750/1/ars_national_services_inc_company_directory.xhtml+&cd=10&hl=en&ct=clnk&gl=us&client=firefox-a

5. Mr. Collins, a guest speaker at the American Conference Institute's Premier Forum on Regulatory Compliance and Risk Management for Financial Services 2011, is named as the General Counsel and VP of Risk Management for ARS[2]. During that same timeframe Mr. Montenaro is shown to be employed by Ulmer & Berne in their Chicago office. (*See* Exhibit "A" attached) and is listed as a guest speaker at the American Conference Institutes' 6th National Forum on Residential Mortgage Litigation & Regulatory Enforcement 2011[3].

6. In both Affidavits of Dan Montenaro he states he is "a resident of the State of California". The California State Bar Association has Mr. Montenaro listed as Registered In-House Counsel for ARS National Services Inc., with an ***out-of-state attorney*** status. (*See* Exhibit "B" attached )

7. The Illinois State Bar Association lists Mr. Montenaro as having voluntarily retired his authorization to practice law, (*See* Exhibit "C" attached). The Ohio State Bar Association has no listing at all for Mr. Montenaro. Since he is listed as an ***out-of-state attorney*** by the California Bar Association, where indeed is his resident Bar Association Membership located?

8. A search of Federal District Court Cases involving Mr. Montenaro shows no involvement in any litigation in California but several in both Ohio and Illinois and two in New York. (See Exhibit "D" attached).

9. According to http://www.mylife.com Mr. Montenaro currently lives in Skokie, Illinois. His residence had been put on the market and then taken back off the market. (See

---

[2] http://www.shulmanrogers.com/assets/attachments/ACI%20FI%20Regulatory%20Compliance%20May%205-6%20NYC.pdf
[3] http://www.americanconference.com/2011/792/residential-mortgage-litigation--regulatory-enforcement/agenda

Exhibit "E" attached) On this web site the residence was last listed and sold Sept. 11, 2000; http://www.sawbuck.com/IL/Skokie/9207-Skokie-Boulevard/property/600013249435.

10. Even though there is a Daniel L. Montenaro listed as living in Orange, Ca. some 73 miles from the ARS corporate address in Escondido, Ca., there is no record of Mr. Montenaro having been involved in any litigation in a Federal District Court within the state of California.

11. The Notaries Public who signed both Affidavits are not listed as working at the ARS corporate address either. Emily Alsbrook is listed 68 miles from the Orange, Ca. address and Angela Lynn Brey, listed with an ARS address in yet another city, Temecula, Ca. which is 61 miles from Orange, Ca.

12. Even though the law requires that a Notary Public request and include proof of identity for any affiant not personally known to them, neither Affidavit's notarization contains such. The law also requires that the Affiant be present at the signing. Given the great distances involved as mentioned above, ¶10,11, it would seem prohibitive to travel 61 to 73 miles in the horrific traffic of California freeways just to obtain a Notary Public signature and equally prohibitive to commute that far each day to work at a location which provides more than ample housing and living situations such as Escondido, California where the ARS corporate offices are located. Orange, Ca. is part of a large metropolitan area of Southern California and there would be easy access to multiple Notaries Public locally.

13. Mr. Montenaro makes claims in the second Affidavit that he is a "***custodian of records***", familiar with the records pertaining to the Plaintiff in this case and has firsthand fact

knowledge of all related policies, procedures and actions taken yet was not employed by

ARS in the timeframe at issue in this instant action. Mr. Montenaro does not claim to

have ever been employed by Capital One and could not have any knowledge whatsoever

as to the validity of the electronic data he claims to have expert knowledge of. He claims

only to be in possession of printed copies of digital computer files he has entered into the

record as Exhibits A & B attached to his Affidavit signed January 24, 2013 and

subsequently attached to the motion for summary judgment filed January 29, 2013 (*See*

Dkt. #29).

14. There is nothing attached to the 2nd Affidavit to establish the authenticity of the

"computer file records" he is referring to. Nowhere is there any information provided as

to who the human being may be who produced the computer files originally, neither

where that person may have been located at the time of its production nor what, if

anything was ever done to authenticate the contents of those records.

15. Mr. Montenaro states in ¶7, pg 3 of his 2nd Affidavit that "ARS has contracted with

Capital One to collect its unpaid credit card debts." He attaches no proof of that contract,

does not state which entity he is referring to. A simple Google search yields several

possible entities with the words, "Capital One" in their title most of which are financial

institutions or collections related.

16. Mr. Montenaro states that Exhibits A and B are account notes of ARS National Services,

Inc., used in the normal course of business within ARS however the company name on

the "account notes" is not ARS National Services, Inc. The company name on the records

is Associated Recovery Systems, Inc.

17. Associated Recovery Systems, Inc. is not a party to this action although Plaintiff may consider motioning the Court to add them as they are apparently providing false information to ARS and in their notes have identified three additional FCRA violations Plaintiff was not aware of and for which she may consider filing for Class Status in going forward.

18. At no time since the commencement of this case has ARS National Services, Inc. claimed to be doing business as Associated Recovery Systems, Inc. or even made mention of that entity.

19. There is no mention anywhere on ARS National Services, Inc.'s web site http://www.arsnational.com/ nor on letter heads, emails or other communications with Plaintiff that ARS is also known as Associated Recovery Systems, Inc.

20. On page 5, ¶15 & 16 of Mr. Montenaro's 2nd Affidavit he states that on the "account notes" (with another companie's name on them Id. ¶16) it shows that ARS accessed Plaintiff's Trans Union credit report on May 21, 2010 and again on May 22, 2010. This statement is either a blatant lie indicating altered documents or an additional violation of Plaintiff's rights by the Credit Reporting Agency as there is only ONE credit pull shown by ARS National in May of 2010. (See Exhibit F attached). There are no references in any of Plaintiff's credit reports to Associated Recovery Services, Inc. All three Credit Reporting Agencies always list each individual report access separately even if done on the same day by the same entity as they are required by law to do.

21. If indeed Mr. Montenaro is *General Counsel* for ARS and judging solely by the more than 170 cases filed against ARS for abusive collection practices in Federal District Courts in the last three years alone, it would appear phenomenal that he could also be the

*Vice President of Risk Management* and an official "*custodian of records*" for the thousands of accounts ARS supposedly deals with. If the Court is expected to believe that, it would seem that Superman's real name is not in fact Clark Kent.

22. The entire second Affidavit of Mr. Montenaro is hearsay evidence as he has absolutely no personal knowledge of what actions may or may not have been taken by his client in 2010 before his employment. As an employee of ARS he has no knowledge of the alleged underlying transaction purported to be between Plaintiff and a third party and cannot testify as to its validity or even to its existence. Any statement he gives which references an alleged underlying transaction, assignment of alleged debt or its origination is hearsay at best and blatantly dishonest at worst.

23. On pg 7, ¶23 of Mr. Montenaro's 2nd Affidavit he refers to an entry in his Exhibit B which states:

   a. "2011 ARS "RECVD CORRESPONDENCE FROM CONSUMER NOTICE OF PENDING LAWSUIT FOR FAILURE NOT TO RESPOND TO CONCUMER'S SECOND LETTER."

That statement is absurd. At no time did Plaintiff state she was filing the complaint for failure to respond to her first letter. To the contrary, Plaintiff clearly stated that ARS' failure to respond was an indication they were unwilling to settle the matter outside litigation. To state that Plaintiff filed the suit for failure to respond to a letter is both disingenuous and blatantly dishonest.

24. Mr. Montenaro seems to be establishing a practice and pattern of deceptive actions in the operation of defending litigation for his client and misrepresenting to the court repeatedly their actual status which calls into question any semblance of credibility on the part of

Mr. Montenaro. When he blatantly states mistruths at the onset of the Affidavits how can any other part of the document or exhibits attached thereto, be considered valid?

## LEGAL REASONING IN SUPPORT OF MOTION

25. Aside from the fact that the attachments to Mr. Montenaro's second Affidavit are nothing more than hearsay computer print outs which are not authenticated, under Georgia law (changed as of January 2013)[4], as an attorney in the employ of the Defendant, he cannot testify by Affidavit or in court as to any aspect of this case.

   a. **O.C.G.A. § 24-9-25:** *"No attorney shall be competent or compellable to testify for or against his client to any matter or thing, the knowledge of which he may have **acquired from his client** by virtue of his **employment as attorney** or by reason of the **anticipated employment** of him as attorney. However, an attorney shall be both competent and compellable to testify for or against his client as to any matter or thing, the knowledge of which he may have acquired in any other manner" (emphasis added).*

26. There is a wealth of case law to support that the testimony of Mr. Montenaro and therefore any documents attached thereto are inadmissible such as and including;

   a. ***Porter v Porter* 274 N.W.2d 235 (N.D. 1979)**, *"We do not approve of the practice of an attorney filing an Affidavit on behalf of his client asserting the status of that client. Not only does the Affidavit become hearsay but it places the attorney in a position of a witness, thus compromising his role as an advocate."*

---

[4] *[Note: sweeping changes to Georgia's evidence law go into effect in January 2013]*
http://law.gsu.edu/ccunningham/PR/AttyClientPrivilege-GA.htm

    b. ***Porter v. Porter*, (N.D. 1979 ) 274 N.W.2d 235** *"The practice of an attorney filing an Affidavit on behalf of his client asserting the status of that client is not approved, inasmuch as not only does the Affidavit become hearsay, but it places the attorney in a position of witness thus compromising his role as advocate."*

    c. He is either an attorney or a witness  S.C.R. 1795, *Penhallow v. Doane's Administrators* (3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54),

    d. ***Trinsey v Pagliaro D.C.Pa. 1964, 229 F. Supp. 647,*** *"Statements of counsel in brief or in argument are not facts before the court and are therefore insufficient for a motion to dismiss or for summary judgment."*

27. Mr. Montenaro appears to be ***General Counsel*** for his client when it suits his purpose as in the first Affidavit, and merely the ***Vice President of Risk Management*** when it doesn't as is evident in the second. Switching hats and roles in a one man stage play can be impressive but for the purposes of litigation, it is wholly inappropriate.

    WHEREFORE, due to the unreliable, inconsistent and untrustworthy nature of Affiant's testimony, Plaintiff respectfully moves this Honorable Court to issue an order striking the affidavits of Dan Montenaro and all documents annexed thereto.

               Respectfully Submitted,

               Teri/Lynn Hinkle
               322 Bethel Street
               Eastman, Georgia 31023
               31023
               Tel.: 478-374-4132

# EXHIBIT "A"



EXHIBIT "A"

About Us · | WSG Membership · | Members · | Discussion Forums · | Resource Center · | Meetings/Events · | Member Only ·

Home · | Contact · | Google Custom Search

## Press Release

Add Press Release as Favorite

Share | [icons]

Ulmer & Berne LLP
December, 2010 - Cleveland, Ohio



### Ulmer & Berne Welcomes Daniel Montenaro as Counsel in Growing Chicago Office

Ulmer & Berne Welcomes Daniel Montenaro as Counsel in Growing Chicago Office

Montenaro joins the firm after serving as Senior Counsel for a major financial services group

Ulmer & Berne LLP is pleased to announce that Daniel Montenaro has joined the firm's Business Litigation Group as Counsel in the Chicago office. Mr. Montenaro, 37, joins the firm after spending more than nine years as in-house counsel to two major financial services companies. Mr. Montenaro is Ulmer & Berne's latest addition in Chicago, where the firm has undertaken a strategic growth initiative over the last 18 months, growing from just two attorneys to the current 16.

Mr. Montenaro concentrates his practice on civil litigation and transactional matters in the financial services arena, as well as regulatory compliance and investigations. While in-house for his previous clients, Mr. Montenaro managed and negotiated major offensive and defensive matters, handled complaint and early claim evaluation, directed dispute resolution, litigation strategy development, case management budgets, brief writing, and client counseling for consumer class actions, commercial and vendor litigation, regulatory actions, and individual consumer matters.

Mr. Montenaro also has extensive regulatory and compliance experience, having previously handled several state regulatory and compliance matters in the financial services sector. In addition, he was active in commercial transactional work, serving as lead negotiator supporting procurement and vendor management. Mr. Montenaro has also negotiated private label credit card agreements, asset purchase and sale agreements, and third-party provider agreements for merchant credit card programs in the power sports, consumer electronics, furniture, and retail industries.

Mr. Montenaro earned his J.D. from Cleveland State University, Cleveland-Marshall College of Law and his B.A. from DePaul University.

In the last 18 months, Ulmer & Berne has substantially expanded its presence in Chicago, adding a number of outstanding partners, associates, and counsel from well-known Chicago and national firms. It also rolled out new service offerings and practice areas, including Hedge Funds, Investment Management, Regulatory Counseling and Compliance, Risk Management, and Intellectual Property, with the goal of adding additional practice groups in Chicago through strategic lateral recruiting. Ulmer & Berne also moved into larger, state-of-the-art office space in Chicago, occupying more than 18,000 square feet on the 36th floor of the Citigroup Center at 500 West Madison St., to better accommodate its expansion.

About Ulmer & Berne LLP
Ulmer & Berne, established in 1908, is a full-service Midwest regional law firm with 175 attorneys in Chicago, Illinois and Cleveland, Cincinnati, and Columbus, Ohio. Ulmer & Berne represents publicly traded and privately held companies, financial institutions, pharmaceutical companies, family businesses, international joint ventures and affiliations, investor groups, start-ups and emerging businesses, public bodies and nonprofit organizations. For more information, visit www.ulmer.com

Member Log In
Member User ID
Member Password
Remember Me
Forgot Password?

Member Search
Required Field
Word or phrase using quotes
Firm or Company
Select a Firm or Company
Jurisdiction (by Location)
Select a Country or State

SUBMIT
Advanced Search

Member Publications
IRS Permits Taxpayers to Claim 70% of Success-Based Fees...
IRS's Troublesome and Reorganizations, No Questions Asked
Comparison Values for Sale or Out-Of-Tension
The Sixth Week Sale
Medicare Enforcement Program Starts Attestation Phase: Physicians and Hospitals In Share...
SEC Files Injunction, May 2011
More Articles

WSG's members are independent firms and are not affiliated in the joint practice of professional services. Each member exercises its own individual judgments on all client matters.

# EXHIBIT "B"

THE STATE BAR OF CALIFORNIA

Search Calbar Site



Home > Public > Attorney Search > Attorney Profile

## ATTORNEY SEARCH

EXHIBIT "B" pg 1

### Daniel Leo Montenaro - #801438

---

### Current Status: RIHC

RIHC — explanation of 'RIHC' status

See below for more details.

---

### Profile Information

*The following information is from the official records of The State Bar of California.*

| | | | |
|---|---|---|---|
| ID Number: | 801438 | | |
| Address: | ARS National Services Inc 201 W Grand Ave Escondido, CA 92025-2603 Map it | Phone Number: | (760) 690-8705 |
| | | Fax Number: | Not Available |
| | | e-mail: | dan.montenaro@arsnational.com |
| County: | N/A | Undergraduate School: | DePaul Univ, Chicago IL |
| District: | N/A | | |
| Sections: | None | Law School: | Cleveland St Cleveland-Marshall COL; OH |

---

### Status History

| Effective Date | Status Change |
|---|---|
| Present | RIHC |
| 7/28/2011 | RIHC |
| 7/28/2011 | Registered with The State Bar of California |

Explanation of member status

---

### Actions Affecting Eligibility to Practice Law

**Disciplinary and Related Actions**

Overview of the attorney discipline system.

This attorney has no public record of discipline.

**Administrative Actions**

This attorney has no public record of administrative actions.

The State Bar of California does not have information regarding this attorney's discipline and administrative history in other states.

Start New Search >

---

© 2013 The State Bar of California

# MEMBER STATUS DEFINITIONS

## EXHIBIT "B" pg 2

| Status | Definition |
|---|---|
| **Active** | Only active members may practice law in California. |
| **Inactive** | Inactive members have chosen this status voluntarily and may transfer to active at any time upon request. |
| **Not Eligible to Practice Law** | Those listed as not eligible may not practice law in California. There are several reasons that may result in this status, including suspension, involuntary transfer to inactive status and failure to pay mandatory State Bar fees. |
| **Disbarred** | Those listed as disbarred are prohibited from practicing law in California by order of the California Supreme Court. |
| **Resigned** | Those listed as resigned may not practice law in California. Their resignation has been accepted by the California Supreme Court and may be entirely voluntary or may have been submitted with disciplinary charges pending. |
| **RIHC** | Those listed as Registered In-House Counsel (RIHC) are out-of-state attorneys. They have complied with rules permitting them to practice in California on a limited basis. |
| **RLSA** | Those listed as Registered Legal Services Attorneys (RLSA) are out-of-state attorneys. They have complied with rules permitting them to practice in California on a limited basis |

# EXHIBIT "C"

WEBSITE INFORMATION - SEARCH SITE HOME

- Lawyer Registration
- How to Submit a Request For Investigation
- Rules and Decisions
- Ethics Inquiry Program
- Publications
- New Filings, Hearing Schedules and Clerk's Office
- Client Protection Program
- Resources & Links
- ARDC Organizational Information

## LAWYER SEARCH: ATTORNEY'S REGISTRATION AND PUBLIC DISCIPLINARY RECORD

ARDC Individual Attorney Record of Public Registration and Public Disciplinary and Disability Information as of February 4, 2013 at 9:00:00 AM.

| | |
|---|---|
| Full Licensed Name: | Daniel L. Montenaro |
| Full Former name(s): | None |
| Date of Admission as Lawyer by Illinois Supreme Court: | December 7, 2004 |
| Registered Business Address: | Not available online |
| Registered Business Phone: | Not available online |
| Illinois Registration Status: | Voluntarily retired and not authorized to practice law - Last Registered Year: 2011 |
| Malpractice Insurance: (Current as of date of registration; consult attorney for further information) | In annual registration, attorney reported that he/she does not have malpractice coverage. (Some attorneys, such as judges, government lawyers, and in-house corporate lawyers, may not carry coverage due to the nature of their practice setting.) |

Public Record of Discipline
and Pending Proceedings:        None

Check carefully to be sure that you have selected the correct lawyer. At times, lawyers have similar names. The disciplinary results displayed above include information relating to any and all public discipline, court-ordered disability inactive status, reinstatement and restoration dispositions, and pending public proceedings. Investigations are confidential and information relating to the existence or status of any investigation is not available. For additional information regarding data on this website, please contact ARDC at (312) 565-2600 or, from within Illinois, at (800) 826-8625.

ARDC makes every effort to maintain the currency and accuracy of Lawyer Search. If you find any typographical errors in the Lawyer Search information, please email registration@iardc.org. For changes to contact information, including address, telephone or employer information, we require that the attorney submit a change of address form. Please consult our Address Change Requests page for details. Name changes require the filing of a motion with the Supreme Court. Please consult our Name Change Requests page for details.

[ Back to Search Results ]

[ New Search ]

## EXHIBIT "C"

IARDC: 2 online access to registration and discipline information regarding Illinois lawyers presented by the Illinois Attorney Registration & Disciplinary Commission.

Lawyer Search | Lawyer Registration | How to Submit a Request For Investigation
Rules and Decisions | Ethics Inquiry Program | Publications
New Filings, Hearing Schedules and Clerk's Office | Client Protection Program
Resources & Links | ARDC Organizational Information
Website Information | Search Site | Home

# EXHIBIT "D"

EXHIBIT "D"

Court Information | Statistics | My Account | Logout

# PACER
## Case Locator

User: l2339 P

Client:

Search: Civil Party Search Name Montenaro, Dan All Courts Page: 1

**Civil Party Search**
Sun Feb 3 18:29:12 2013
16 records found

( Filter Results )  ( Download )  ( New Search )

| Party Name ▼ | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|
| 1 Montenaro, Daniel L. (aty) | ohndce | 1:2002-cv-01240 | 890 | 06/28/2002 | 01/14/2003 |
| 2 Montenaro, Daniel L. (aty) | ohndce | 1:2003-mc-00087 | | 10/20/2003 | 01/23/2004 |
| 3 Montenaro, Daniel L. (aty) | ohndce | 1:2000-cv-01321 | 791 | 05/25/2000 | 12/12/2000 |
| 4 Montenaro, Daniel L. (aty) | ohndce | 1:2000-cv-01469 | 890 | 06/12/2000 | 04/05/2001 |
| 5 Montenaro, Daniel L. (aty) | ohndce | 1:2000-cv-01471 | 890 | 06/12/2000 | 04/09/2001 |
| 6 Montenaro, Daniel L. (aty) | ohndce | 1:1999-cv-00304 | 385 | 02/09/1999 | 03/02/2000 |
| 7 Montenaro, Daniel L. (aty) | ohndce | 5:1997-cv-03351 | 190 | 12/29/1997 | 10/20/1999 |
| 8 Montenaro, Daniel L. (aty) | ohndce | 5:1999-cv-01254 | 890 | 05/26/1999 | 06/09/2000 |
| 9 Montenaro, Daniel L. (aty) | ohndce | 1:2011-cv-00681 | 480 | 04/05/2011 | 06/06/2011 |
| 10 Montenaro, Daniel Leo (aty) | ilndce | 1:2009-cv-06661 | 140 | 10/22/2009 | 02/04/2011 |
| 11 Montenaro, Daniel Leo (aty) | ilndce | 1:2010-cv-06462 | 190 | 10/08/2010 | |
| 12 Montenaro, Daniel Leo (aty) | ilndce | 1:2010-cv-07709 | 190 | 12/03/2010 | |
| 13 Montenaro, Daniel Leo (aty) | ilndce | 1:2010-cv-07768 | 850 | 12/07/2010 | 02/17/2011 |
| 14 Montenaro, Daniel Leo (aty) | ilndce | 1:2011-cv-01336 | 890 | 02/25/2011 | 06/28/2011 |
| 15 Montenaro, Daniel Leo (aty) | nysdce | 1:2011-md-02213 | 850 | 02/08/2011 | |
| 16 Montenaro, Daniel Leo (aty) | nysdce | 1:2011-cv-01997 | 850 | 02/17/2011 | |

PACER Service Center

Receipt 02/03/2013 18:29:12 33663717

User: l2339 P

Client:

Description: Civil Party Search

Name Montenaro, Dan All Courts Page: 1

Pages: 1 ($0.10)

For information or comments, please contact PACER Service Center

# EXHIBIT "E"

# EXHIBIT "E"pg 1

9207 **Skokie** Boulevard, Unit: 106 - BlockShopper Chicago
chicago blockshopper.com/property/ /9207_**skokie**_unit_106
**Daniel Montenaro** and Molly Montenaro have listed for sale a four-bedroom, 2 5-bath
home at ... Neighbors for 9207 Skokie Boulevard, Unit: 106 . **Skokie, IL ...**



# EXHIBIT "F"

TransUnion                                    https://annualcreditreport.transunion.com/products/single/viewPrin

*Exhibit "F"*

## Account Review Inquiries

The companies listed below obtained information from your consumer report for the purpose of an account review or other business transaction with you. These inquiries are not displayed to anyone but you and will not affect any creditor's decision or any credit score (except insurance companies may have access to other insurance company inquiries and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).



*Redacted*
*By*
*Plaintiff*
*TLH*

**ARS NATIONAL**
201 WEST GRAND
ESCONDIDO , CA 92025
Phone number not available          **Requested On:**          05/2010



## Should you wish to contact TransUnion, you may do so,

**Report an Inaccuracy:**
To learn about reporting an inaccuracy click here.

**By Mail:**
TransUnion Consumer Relations
PO Box 2000
Chester, PA 19022-2000

**By Phone:**
1-800-916-8800
You may contact us between the hours of 8:00 A.M. and 11:00 P.M. Eastern Time, Monday-Friday, except major holidays.
Please have your TransUnion file number available (located at the top of this report.)

5/1/2011 8:40

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### DUBLIN DIVISION

| | |
|---|---|
| Teri Lynn Hinkle<br>**Plaintiff**<br><br>vs<br><br>ARS NATIONAL<br>SERVICES, INC.<br>**Defendant** | )<br>)<br>)<br>)  **CIVIL ACTION**<br>)  **FILE NO. 3:12- cv-00052-DHB-WLB**<br>)<br>)<br>)<br>)<br>) |

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have mailed copies of the above document by first class mail USPS to all parties listed below.

Dated: February 5, 2013

Teri Lynn Hinkle
322 Bethel Street
Eastman, Georgia 31023
478-374-4132
queensongbird@gmail.com


ARS NATIONAL SERVICES, INC.
C/O BEDARD LAW GROUP, P.C.
Jonathan K. Aust
2810 Peachtree Industrial Blvd. Ste.D
Duluth, Georgia 30097

# Mailing Envelope
### For Domestic and International Use



U.S. POSTAGE PAID
EASTMAN, GA
31023
FEB 05, 13
AMOUNT

$16.05

00030247-03

1007

**Please Rush To Addressee**

When used internationally
affix customs declarations
(PS Form 2976, or 2976A).

This packaging is the property of the U.S. Postal Service and is provided solely for use in sending Express Mail® shipments. Misuse may be a violation of federal law. This package is not for resale.

07080g EM EP-13C JULY 2009
© 2009 USPS    11-3/8" x 15-1/8"

## EXPRESS MAIL
UNITED STATES POSTAL SERVICE®

Addressee Copy
Label 11-B, March 2004

Post Office To Addressee

**DELIVERY (POSTAL USE ONLY)**

| Delivery Attempt | Time | AM / PM | Employee Signature |
| Mo. Day | Time | AM / PM | Employee Signature |
| Delivery Date | Time | AM / PM | Employee Signature |

**CUSTOMER USE ONLY**

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code

Date Accepted — Mo. Day Year

Time Accepted — AM / PM

Flat Rate or Weight

Day of Delivery — Next / 2nd / 2nd Del. Day

Scheduled Date of Delivery — Month Day

Scheduled Time of Delivery — Noon / 3 PM

Military — 2nd Day / 3rd Day

Int'l Alpha Country Code

Postage $

Return Receipt Fee $

COD Fee / Insurance Fee $

Total Postage & Fees $

Acceptance Emp. Initials

**FROM:** (PLEASE PRINT)   PHONE (   )

Hinkle
Eastman, Georgia
31023

**TO:** (PLEASE PRINT)   PHONE (   )

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call 1-800-222-1811

  

**UNITED STATES POSTAL SERVICE®**



EP13C