IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| Terri Lynn Hinkle<br><br>    Plaintiff,<br><br>v.<br><br><br>ARS National Services, Inc.,<br><br>    Defendant. | CIVIL ACTION<br>FILE NO. 3:12-cv-00052-DHB-WLB |

**DEFENDANT'S CONSOLIDATED MOTION AND BRIEF TO EXTEND THE TIME FOR DEFENDANT TO FILE REPLY BRIEF IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW, Defendant ARS National Services, Inc. , (hereinafter referred to as "ARS" or "Defendant") in the above-styled action, and submit this consolidated motion and brief requesting additional time to file its Reply Brief in Support of Defendant's Motion for Summary Judgment.

1.

On November 16, 2012, ARS filed its second motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6). [Doc. 21].

2.

On January 7, 2013, the Court converted the motion to a motion for summary judgment and instructed the parties may file "any additional materials" by close of business on January 25, 2013. [Doc. 26].

3.

On January 24, 2013, ARS filed a motion for summary judgment and brief in support [Doc. 29] containing a statement of uncontested material facts [Doc. 29-2], an affidavit of Dan Montenaro [Doc. 29-3], an affidavit of Cindy Salvo [Doc. 29-4] and an affidavit of the undersigned [Doc. 29-5].

4.

The next day, January 25, 2013, Plaintiff filed her memorandum and affidavit in opposition to defendant's motion for summary judgment." [Doc. 31].

5.

Upon reading Plaintiff's opposition brief, it appears it relates only to the second motion to dismiss [Doc. 21] and not the motion filed the day before which contained affidavits.

6.

On January 28, 2013, ARS filed a notice of intent to file a reply brief in regards to Plaintiff's opposition brief. [Doc. 32].

7.

ARS' deadline to file the reply brief is February 8, 2013; therefore, the deadline for ARS to act has not expired.

8.

Upon information and belief, ARS anticipates Plaintiff filing an opposition to the motion for summary judgment and additional materials [Doc. 29].

9.

ARS anticipates that it can fully and completely respond to Plaintiff's opposition in a single reply.

10.

By providing only one reply, ARS can avoid duplicative briefs and arguments.

11.

ARS respectfully requests a two-week extension to file its reply brief so that it may respond only once to Plaintiff's two opposition briefs.

12.

Pursuant to Fed. R. Civ. P. 6(b), provides that a court "may, for good cause, extend the time" for a party to act.

13.

This Court has the authority to extend the time period for ARS to file its reply brief in support of its motion for summary judgment.  ARS respectfully requests an extension of time for ARS to file its reply brief in order for ARS to not file duplicative briefs

Respectfully submitted this 8th day of February, 2013.

**BEDARD LAW GROUP, P.C.**

/s/ Jonathan K. Aust
Jonathan K. Aust
Georgia Bar No. 448584
John H. Bedard, Jr.
Georgia Bar No. 043473

2810 Peachtree Industrial Blvd.
Suite D
Duluth, Georgia 30097
Telephone: (678) 253-1871, ext. 203
Facsimile: (678) 253-1873
jaust@bedardlawgroup.com
jbedard@bedardlawgroup.com

- 5 -

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| Terri Lynn Hinkle<br><br>　　Plaintiff,<br><br>v.<br><br><br>ARS National Services, Inc.,<br><br>　　Defendant. | CIVIL ACTION<br>FILE NO. 3:12-cv-00052-DHB-WLB |

## CERTIFICATE OF SERVICE

　　I hereby certify that I electronically filed Defendant's Consolidted Motion and Brief to Extend the Time for Defendant to File Reply Brief in Support of Defendant's Motion for Summary Judgment with the Clerk using the CM/ECF system and by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to:

　　Teri Lynn Hinkle
　　322 Bethel Street
　　Eastman, Georgia 31023

Respectfully submitted this 8th day of February, 2013.

　　　　　　　　　　　　　　　　　　　　**BEDARD LAW GROUP, P.C.**

　　　　　　　　　　　　　　　　　　　　/s/ Jonathan K. Aust
　　　　　　　　　　　　　　　　　　　　Jonathan K. Aust
　　　　　　　　　　　　　　　　　　　　Georgia Bar No. 448584
　　　　　　　　　　　　　　　　　　　　John H. Bedard, Jr.
　　　　　　　　　　　　　　　　　　　　Georgia Bar No. 043473