IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| Terri Lynn Hinkle<br><br>    Plaintiff,<br><br>v.<br><br><br>ARS National Services, Inc.,<br><br>    Defendant. | CIVIL ACTION<br>FILE NO. 3:12-cv-00052-DHB-WLB |

ORDER

IT APPEARING that Plaintiff filed a memorandum and affidavit in opposition to Defendant's motion for summary judgment on January 25, 2013 [Doc. 31]; therefore making February 8, 2013 Defendant's deadline to file a reply,

IT FURTHER APPEARING that Defendant filed a notice of intent to file a reply brief on January 28, 2013 [Doc. 32],

IT FURTHER APPEARING that Defendant has requested and shown good cause that it needs an additional two-weeks to file its reply in order to avoid duplicative reply briefs.

ORDERED that Defendant shall have until and including February 22, 2013 to file its reply brief in regards to Plaintiff's memorandum an affidavit in opposition to Defendant's motion for summary judgment [Doc. 31].

This _____ day of _____ , 2013

                                                                                                              _____
Honorable W. Leon Barfield
United States Magistrate Judge
Southern District of Georgia

Prepared by:

Jonathan K. Aust
Bedard Law Group, P.C.
2810 Peachtree Industrial Blvd.
Suite D
Duluth, Georgia 30097
Telephone: (678) 253-1871
Facsimile: (678) 253-1873
jaust@bedardlawgroup.com