## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## DUBLIN DIVISION

Terri Lynn Hinkle

     Plaintiff,

v.

ARS National Services, Inc.,

     Defendant.

CIVIL ACTION
FILE NO. 3:12-cv-00052-DHB-WLB

### DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S NOTICE OF NON-COMPLIANCE BY DEFENDANT

NOW COMES Defendant ARS National Services, Inc. (hereinafter referred to as "ARS" or "Defendant") and files this Response in Opposition to Plaintiff's Notice of Non-Compliance by Defendant.  In support, Defendant shows as follows:

### I.       ARS Has Complied With The Court's  January 7, 2013 Order

Plaintiff argues ARS has failed to comply with this Court's January 7, 2013 Order and those additional materials should not be considered by this Court.  The Order specifically required the "observance of the procedural requirements of the summary judgment process" and instructed the parties to file "any additional materials" by January 25, 2013.  [Doc. 26].  On January 7, 2013, the clerk of court issued notice converting the motion to dismiss to a motion for summary judgment. [Doc. 27].  After notice of conversion is provided, a court may consider the

converted motion and any materials in support or opposition to the motion as of a certain date.[1] The notice requirement "ensures the parties have the opportunity to present to the court every available argument, *legal and factual*, and thus serves as a valuable procedural safeguard." [2] [emphasis added].  Furthermore, Local Rule 56.1 requires a party, in addition to the brief, to file "a separate, short and concise statement of the material facts as to which it is contended there exists no genuine issue to be tried…"

ARS has complied with this Court's January 7, 2013 Order.  ARS filed additional legal arguments by submitting its brief.  ARS provided admissible and relevant factual evidence in the form of affidavits from an employee regarding ARS' permissible purpose [Doc. 29-3] and from its attorney in which ARS provided notice of the permissible purpose to Plaintiff [Doc. 29-4].  This evidence is in support of its argument that ARS had a permissible purpose for accessing Plaintiff's credit report related information; the collection of a debt owed by Plaintiff.  These "additional materials" were all filed before the Court's January 25, 2013 deadline; therefore, they may be considered by this Court.  ARS also

---

[1] *Jones v. Automobile Insurance Company of Hartsford, Conn.,* 917 F. 2d 1528, 1532 (11th Cir. 1990).
[2] *Id.* at 1533.

complied with this Court's procedural requirements for motions for summary judgment by filing its statement of uncontested material facts.[3]

## CONCLUSION

ARS complied with this Court's Order by timely filing "additional materials" by January 25, 2013.  The Court can consider the "additional materials" provided by ARS in support of its motion for summary judgment.

Respectfully submitted this 12th day of February, 2012.

**BEDARD LAW GROUP, P.C.**

/s/ Jonathan K. Aust
Jonathan K. Aust
Georgia Bar No. 448584
John H. Bedard, Jr.
Georgia Bar No. 043473

2810 Peachtree Industrial Blvd.
Suite D
Duluth, Georgia 30097
Telephone: (678) 253-1871, ext. 203
Facsimile: (678) 253-1873
jaust@bedardlawgroup.com
jbedard@bedardlawgroup.com

---

[3] Plaintiff is pro se and asserts she is "studying on her own in an effort to exert her rights under the law."  A review of the docket shows Plaintiff is an experienced pro se litigant. See, http://republicfornevada.net/republicfornevada_blog/?page_id=754 This website includes a seminar by Teri Hinkle on how other pro se plaintiffs can litigate against debt collectors and the credit industry.  The website also provides a template for a "Notice of Intent to Sue" letter and copies of settlement checks.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### DUBLIN DIVISION

| | |
|---|---|
| Terri Lynn Hinkle | |
| Plaintiff, | |
| | CIVIL ACTION |
| v. | FILE NO. 3:12-cv-00052-DHB-WLB |
| | |
| ARS National Services, Inc., | |
| Defendant. | |

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this date I served a copy of Defendant's Response in Opposition to Plaintiff's Notice of Non-Compliance by Defendant by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to:

Teri Lynn Hinkle
322 Bethel Street
Eastman, Georgia 31023

Respectfully submitted this 12th day of February, 2012.

**BEDARD LAW GROUP, P.C.**

<u>/s/ Jonathan K. Aust</u>
Jonathan K. Aust
Georgia Bar No. 448584
John H. Bedard, Jr.
Georgia Bar No. 043473

- 4 -