



Hinkle
322 Bethel St.
Eastman, Georgia
31023

Clerk U.S. District Court
P.O. Box 1130
Augusta, Georgia
30903