UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2013 FEB 26 PM 2: 43
CLERK
SO. DIST. OF GA.

| | |
|---|---|
| Teri Lynn Hinkle<br>    Plaintiff<br><br>vs<br><br>ARS NATIONAL SERVICES, INC.<br>    Defendant | Civil Action File No:<br>3:12-cv-00052-DHB-WLB |

### PLAINTIFF'S NOTICE OF INTENT TO FILE REPLY BRIEF

COMES NOW, Plaintiff Teri Lynn Hinkle, and pursuant to Local Rule 7.6, hereby serves notice that the Plaintiff intends to file a reply brief to Defendant's Omnibus Reply Brief in Support of its Motion for Summary Judgment (Dkt. #41) which was filed with this Court on Friday, February 22, 2013.

Respectfully Submitted,

*/s/ Teri Lynn Hinkle*
Teri Lynn Hinkle
322 Bethel Street
Eastman, Georgia 31023
31023
Tel.: 478-374-4132

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## DUBLIN DIVISION

| | |
|---|---|
| Teri Lynn Hinkle<br>Plaintiff<br><br>vs<br><br>ARS NATIONAL<br>SERVICES, INC.<br>Defendant | )<br>)<br>)<br>) CIVIL ACTION<br>) FILE NO. 3:12- cv-00052-DHB-WLB<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

This is to certify that I have mailed copies of the above document by first class mail USPS to all parties listed below.

Dated: Feb 25, 2013

Teri Lynn Hinkle
322 Bethel Street
Eastman, Georgia 31023
478-374-4132
queensongbird@gmail.com

ARS NATIONAL SERVICES, INC.
C/O BEDARD LAW GROUP, P.C.
Jonathan K. Aust
2810 Peachtree Industrial Blvd. Ste.D
Duluth, Georgia 30097