UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| Teri Lynn Hinkle<br>　　Plaintiff<br><br>vs<br><br>ARS NATIONAL SERVICES, INC.<br>　　Defendant | Civil Action File No:<br>3:12-cv-00052-DHB-WLB |

## NOTICE OF APPEAL

Notice is hereby given that Teri Lynn Hinkle in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from two Orders (Documents 45 and 46), granting Defendant's Motion for Summary Judgment and Defendant's Motion for Attorney's Fees and Clerks Judgment, entered in this action on the 20th day of May, 2013.

Respectfully Submitted,

_Teri Lynn Hinkle_
Teri Lynn Hinkle
322 Bethel Street
Eastman, Georgia 31023
478-374-4132
queensongbird@gmail.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| **Teri Lynn Hinkle** ) | |
| **Plaintiff** ) | |
| ) | CIVIL ACTION |
| vs ) | FILE NO. 3:12- cv-00052-DHB-WLB |
| ) | |
| **ARS NATIONAL** ) | |
| **SERVICES, INC.** ) | |
| **Defendant** ) | |
| ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have mailed copy of Plaintiff's Notice of Appeal document by first class mail USPS to all parties listed below.

Dated: *May 24, 2013*

*/s/ Teri L. Hinkle*

Teri Lynn Hinkle
322 Bethel Street
Eastman, Georgia 31023
478-374-4132
queensongbird@gmail.com

ARS NATIONAL SERVICES, INC.
C/O BEDARD LAW GROUP, P.C.
Jonathan K. Aust
2810 Peachtree Industrial Blvd. Ste.D
Duluth, Georgia 30097

