ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

TERI LYNN HINKLE,         *
                          *
    Plaintiff,            *
                          *
        v.                *      CV 312-052
                          *
ARS NATIONAL SERVICES, INC., *
                          *
    Defendant.            *

O R D E R

At present, Plaintiff Teri Lynn Hinkle has filed a motion to proceed in forma pauperis on appeal. A non-prisoner desiring to proceed on appeal in forma pauperis must obtain pauper status under Federal Rule of Appellate Procedure 24(a). Plaintiff's appeal, however, is not taken in good faith because it is "without arguable merit either in law or fact" as explained in the Order of May 20, 2013. See Napier v. Preslicka, 314 F.3d 528, 531 (11th Cir. 2002); see also 28 U.S.C. § 1915(a)(3). Accordingly, the motion to proceed in forma pauperis is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 21st day of June, 2013.

_____
UNITED STATES DISTRICT JUDGE

DHB (34)                                                    CCC: _____