# United States District Court
## Southern District of Georgia

| | | |
|---|---|---|
| SCOTT L. POFF<br>CLERK | OFFICE OF THE CLERK<br>P.O. Box 1130<br>AUGUSTA, GEORGIA  30903 | TELEPHONE  (706)849-4400 |

John Ley, Clerk  
U.S. Court of Appeals  
56 Forsyth Street, NW  
Atlanta, GA  30303

D.C. Number  CV312-052

U.S.C.A. Number 13-12404-F

RE: TERI LYNN HINKLE VS. ARS NATIONAL SERVICES, INC.

---

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

☐ Copy of Notice of Appeal, docket entries, order and judgment appealed from, enclosed

☐ First Notice of Appeal:  ☐ Yes  ☐ No  
Date of other _____

☐ Certified record on appeal consisting of:  
____ Volume (s) of pleadings;  ____ Volume (s) of transcripts;  
____ Volume (s) of exhibits/deposition;  ____ other: _____

☐ There was no hearing from which a transcript could be made

☐ Copy of CJA form appointing counsel

☐ The following materials were sealed in this court (order enclosed):

☐ The appellate docket fee has been paid:  ☐ Yes  ☐ No  
Date paid _____

☒ Appellant has been **denied** leave to appeal in forma pauperis (copy of order concerning IFP and/or CPC is enclosed)

☐ The Judge appealed from is _____

☐ The Court Reporter is _____

☐ This is an appeal of a bankruptcy order  
Bankruptcy Judge: _____

☐ This is a DEATH PENALTY appeal

☐ OTHER:

Sincerely,

cc:

SCOTT L. POFF, CLERK  
U.S. DISTRICT COURT

BY: _____  
Deputy Clerk

DATE:  JUNE 21, 2013

ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

TERI LYNN HINKLE,            *
                             *
    Plaintiff,               *
                             *
       v.                    *        CV 312-052
                             *
ARS NATIONAL SERVICES, INC., *
                             *
    Defendant.               *

## O R D E R

At present, Plaintiff Teri Lynn Hinkle has filed a motion to proceed <u>in forma pauperis</u> on appeal. A non-prisoner desiring to proceed on appeal <u>in forma pauperis</u> must obtain pauper status under Federal Rule of Appellate Procedure 24(a). Plaintiff's appeal, however, is not taken in good faith because it is "without arguable merit either in law or fact" as explained in the Order of May 20, 2013. See <u>Napier v. Preslicka</u>, 314 F.3d 528, 531 (11th Cir. 2002); <u>see also</u> 28 U.S.C. § 1915(a)(3). Accordingly, the motion to proceed <u>in forma pauperis</u> is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 21st day of June, 2013.

UNITED STATES DISTRICT JUDGE

DHB (34)                                         CCC: _____