ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 JAN -8  PM 3:09

CLERK C. Adams
SO. DIST. OF GA.

TERI LYNN HINKLE,  )
  )
    Plaintiff-Appellant,  )
  )
vs.  )   Case No. CV3:12-52
  )   USCA No. 13-12404-FF
  )
ARS NATIONAL SERVICES, INC.,  )
  )
    Defendant-Appellee.  )

### O R D E R

The appeal in the above-styled action having been dismissed for want of prosecution by the United States Court of Appeals for the Eleventh Circuit;

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Judgment of this Court. This Court's Order of May 20, 2013, is final in all respects.

**SO ORDERED**, this ___8th___ day of __January__, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA